

*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 30*
*Scranton, PA 18501*

*ROBERT D. MARIANI*
*JUDGE*

*(570) 207-5750   FAX (570) 207-5759*

*August 18, 2014*

Adam M. Shienvold, Esq.
Eckert, Seamans, Cherin & Mellott
213 Market Street, 8th Floor
Harrisburg, Pa. 17108

Kathryn E. Smith, Esq.
Paul J. Linden, Esq.
Wood Herron & Evans LLP
441 Vine Street
Cincinnati, OH 45202

Re: Tire Discounter, Inc. vs. Jack Williams tire Co. Inc.
3:CV-14-1585

Dear Counsel:

The above-referenced action has been assigned to me. In accordance with Rule 1 of the Federal Rules of Civil Procedure, it is both my responsibility, as well as the obligation of counsel, to strive for the "just, speedy, and inexpensive determination" of this case.

Consistent with these goals, it is my intention to conduct a Case Management Conference within four (4) months of the filing of the complaint. At this conference, we will discuss any pending motions, settlement, deadlines for discovery and other pre-trial activities, as well as other pertinent matters. The order scheduling the conference will inform the parties in more detail of what is required in preparation for this conference. In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Rule 26(a) of the Federal Rules of Civil Procedure.

To ensure that the Case Management Conference is conducted in a timely manner, you are directed to file a written report within thirty (30) days as to whether service has been effected or a waiver of service obtained. The report will not be required if an affidavit of service has been filed within that time period. In addition, you are advised to refrain from entering into agreements for extensions of time for filing an answer or other responsive pleading to the complaint without court approval.

**Honorable Robert D. Mariani**                                                   **Page 2**
**To: Adam M. Shienvold, Esq.**
   **Kathryn E. Smith, Esq.**
   **Paul J. Linden, Esq.**


      The Court has implemented an "Electronic Case Filing (ECF)" system. This system enables counsel to file and docket pleadings, motions, briefs, etc, directly from their offices via the internet. Information on the Court's ECF system can be obtained at the Court's website, www.pamd.uscourts.gov. Counsel are directed to familiarize themselves with the Court's ECF system.

      Any inquiries you have concerning this case and its progress should be directed to Joseph F. Gaughan, Courtroom Deputy, Federal Building, P.O. Box 30, Scranton, PA 18501, phone number (570) 207-5756.


Robert D. Mariani
United States District Judge