

Eckert Seamans Cherin & Mellott, LLC  TEL   717 237 6000
213 Market Street                      FAX   717 237 6019
8th Floor                              www.eckertseamans.com
Harrisburg, PA 17101

Adam M. Shienvold, Esquire
717.237.6029
ashienvold@eckertseamans.com

September 17, 2014

<u>Via Electronic Court Filing</u>

Hon. Robert D. Mariani
United States District Judge
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
Scranton, PA 18501

RE:   Tire Discounters, Inc. v. Jack Williams Tire Co., Inc.
      Case No. 3:14-cv-01585

Dear Judge Mariani:

This firm represents Plaintiff, Tire Discounters, Inc. ("Tire Discounters"), in the above-referenced case. We are writing in response to your August 18, 2014 letter, entered at Doc. No. 5. In that letter, you directed Tire Discounters "to file a written report within thirty (30) days as to whether service has been effected or a waiver of service obtained."

As of this date, Tire Discounters has neither effected service on nor obtained a waiver of service from Defendant Jack Williams Tire Co, Inc., ("Jack Williams Tire"). Tire Discounters filed this case on August 12, 2014. Under an agreement not to serve Jack Williams Tire, the parties entered into settlement negotiations. On September 3, 2014, the parties executed a settlement agreement. Tire Discounters is currently waiting performance from Jack Williams Tire pursuant to that agreement, receipt of which will prompt Tire Discounters to dismiss this case.

Respectfully submitted,

/s/ Adam M. Shienvold

Adam M. Shienvold
Counsel for Plaintiff, Tire Discounters, Inc.

cc:   Samual A. Falcone, Esq., Counsel for Defendant (via email s.falcone@ymail.com)
      Robert Oestreicher, Esq., Vice President and General Counsel Tire Discounters, Inc.
         (via email robert.oestreicher@tirediscounters.com)
      Paul J. Linden, Esq., Counsel for Plaintiff (via email plinden@whe-law.com)
      Kathryn E. Smith, Esq., Counsel for Plaintiff (via email ksmith@whe-law.com)

{L0568446.1}